IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT PAUL OCHALA,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3524

Opinion filed May 11, 2017.

An appeal from the Circuit Court for Franklin County.
Kathleen F. Dekker, Judge.

Robert Paul Ochala, pro se, Appellant.

Pamela Jo Bondi for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, MAKAR, and WINSOR, JJ., CONCUR.